Submitted on record and briefs December 19, 1991, reversed and remanded with instructions to dismiss indictment January 22, 1992

STATE OF OREGON,
*Respondent,*

*v.*

RAE LEE NORTH,
*Appellant.*

(10-90-07382; CA A67840)

822 P2d 759

Clayton J. Lance, Eugene, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM